IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01753-ZLW

TIMOTHY JOHN KENNEDY,

    Plaintiff,

v.

OFFICER LAKE, Investigator for the Colorado Department of Corrections,

    Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 4 2007

GREGORY C. LANGHAM
CLERK

---

ORDER DENYING MOTION FOR COSTS

---

This matter is before the Court on the motion titled "Motion for Award of Costs Associated With Appeal Due to Clerical Error" submitted to and filed with the Court on July 27, 2007, by Plaintiff, Timothy John Kennedy. In the motion, Mr. Kennedy asks "the United States" to issue a check in the amount of $255.00 to reimburse him for the costs of his appeal, specifically his appellate filing fees. *See* July 27, 2007, motion at 1.

In an order filed on November 24, 2004, this Court summarily dismissed the complaint and the instant action as frivolous and malicious because it duplicated his claims in another civil case. *See Kennedy v. Lake*, No. 04-cv-01706-EWN-BNB (D. Colo. Mar. 31, 2006), *aff'd*, No. 06-1160 (10th Cir. Dec. 4, 2006). On January 4, 2006, the United States Court of Appeals for the Tenth Circuit (Tenth Circuit) reversed and remanded for dismissal for lack of jurisdiction. *See Kennedy v. Lake*, No. 04-1551 (10th Cir. Jan. 4, 2006). On March 30, 2006, this Court entered an order pursuant to the January 27, 2006, Tenth Circuit mandate dismissing the complaint and the instant

action for lack of jurisdiction and directing the clerk of the Court to refund the $77.50 partial filing fee paid in this action to Mr. Kennedy. Because the filing fee in No. 04-cv-01706-ZLW had been paid in full, the Court was unable to comply with the directive in the Tenth Circuit's January 27 mandate granting Mr. Kennedy's request to apply the $77.50 partial filing fee paid in this action to No. 04-cv-01706-ZLW. Instead, the Court refunded the $77.50 to Mr. Kennedy by check number 279782, dated April 6, 2006.

District courts are granted discretionary authority to impose or deny costs under Rule 54 of the Federal Rules of Civil Procedure. *See Rawson v. Sears, Roebuck & Co.*, 678 F. Supp. 820, 821 (D. Colo. 1988). However, the United States is not a party to this lawsuit. *See* Fed. R. Civ. P. 54(d)(1). Therefore, this Court will not order the United States to pay Mr. Kennedy's appellate filing fees. The motion for costs will be denied. Accordingly, it is

ORDERED that motion titled "Motion for Award of Costs Associated With Appeal Due to Clerical Error" submitted to and filed with the Court on July 27, 2007, by Plaintiff, Timothy John Kennedy, is denied.

DATED at Denver, Colorado, this 13 day of Aug, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.

Timothy J. Kennedy
Reg. No. 94886
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/14/07

GREGORY C. LANGHAM, CLERK

By: _____Angie_____
                Deputy Clerk