IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01753-ZLW

TIMOTHY JOHN KENNEDY,

    Plaintiff,

v.

OFFICER LAKE, Investigator for the Colorado Department of Corrections,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 27 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

The motion titled "Motion to Amend/Alter Order Denying Motion for Costs submitted to and filed with the Court *pro se* on August 23, 2007, by Plaintiff, Timothy John Kennedy, is DENIED.

Dated: August 27, 2007

Copies of this Minute Order mailed on August 27, 2007, to the following:

Timothy John Kennedy
Prisoner No. 94886
Limon Correctional Facility
49030 State Hwy. 71 - Unit 5
Limon, CO 80826

Secretary/Deputy Clerk